SLIP OPINION

Cite as 2015 Ark. App. 294

# ARKANSAS COURT OF APPEALS

DIVISION IV
**No.** CR-14-832

| | | |
|---|---|---|
| MARK TODD MORRIS<br><div align="right">APPELLANT</div><br>V.<br><br>STATE OF ARKANSAS<br><div align="right">APPELLEE</div> | | **Opinion Delivered** May 6, 2015<br><br>APPEAL FROM THE BENTON COUNTY CIRCUIT COURT [NO. CR–2013-0619–1]<br><br>HONORABLE ROBIN F. GREEN, JUDGE<br><br>SUPPLEMENTATION OF ADDENDUM ORDERED |

**RITA W. GRUBER, Judge**

Mark Todd Morris was convicted by a jury on one count of failure to comply with registration and reporting requirements—a violation of Arkansas Code Annotated section 12-12-904 (Supp. 2013)—and three counts of registered sex offender unlawfully residing near a school, public park, youth center, or daycare—violations of Arkansas Code Annotated section 5-14-128 (Repl. 2013). He was sentenced as a habitual offender to imprisonment in the Arkansas Department of Correction for consecutive terms totaling twenty-two years. He raises one point on appeal, contending that the State failed to introduce sufficient evidence that he was required to register as a sex offender under Arkansas Code Annotated section 12-12-904. We are unable to address the merits of his appeal at this time because of a deficiency in the addendum to his brief.

The addendum to an appellant's brief "must include . . . all notices of appeal." Ark.

Sup. Ct. R. 4-2(8)(A)(i) (2014). We direct Morris to correct the deficiency we have noticed by filing, within seven calendar days from the date of this opinion, a supplemental addendum that contains any notices of appeal in this case. Ark. Sup. Ct. R. 4-2(b)(4). We strongly encourage him, prior to filing the supplemental addendum, to review our rules as well as his abstract and addendum to ensure that no additional deficiencies are present.

Supplementation of addendum ordered.

VIRDEN and WHITEAKER, JJ., agree.

*David Hogue*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Brad Newman*, Ass't Att'y Gen., for appellee.